IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21-cr-706 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | |
| BRANDON BRYANT | ) | **MOTION TO WITHDRAW AS** |
| | ) | **AS CJA COUNSEL** |
| Defendant. | ) | |

Now comes Attorney Marcus Sidoti, undersigned attorney for Defendant, Brandon Bryant, and hereby moves this Honorable Court for permission to withdraw as Defendant's attorney of record in this matter. Undersigned counsel was appointed as CJA counsel for Defendant on September 1, 2021. Due to the fact that undersigned counsel's upcoming trial schedule is significant until the end of the year, he will not have ample time to render effective legal services on behalf of Defendant.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court permit him to withdraw as attorney of record in this matter and that new CJA counsel be assigned.

Respectfully submitted,

FRIEDMAN, GILBERT + GERHARDSTEIN

/s/ *Marcus Sidoti*
Marcus Sidoti (0077476)
50 Public Square, Suite 1900
Cleveland, Ohio 44113
216-241-1430
marcus@FGGfirm.com

Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Marcus Sidoti
MARCUS SIDOTI
Attorney for Defendant